IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADMIRAL INSURANCE COMPANY, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 13-6275 |
| | : | |
| v. | : | |
| | : | |
| CONSTRUCTION METHODS & COORDINATION, INC., doing business as CMC ENGINEERING, INC., | : | |
| | : | |
| Defendant, | : | |
| | : | |
| v. | : | |
| | : | |
| SENTINEL INSURANCE COMPANY, LTD., | : | |
| | : | |
| Third-Party Defendant. | : | |

**ORDER**

**AND NOW**, this 8th day of August, 2014, after considering the motion to dismiss or strike the third-party complaint filed by the third-party defendant, Sentinel Insurance Company, Ltd., on April 14, 2014 (Doc. No. 16), and the response in opposition to the motion filed by the defendant, Construction Methods & Coordination, Inc., doing business as CMC Engineering, Inc., on April 28, 2014 (Doc. No. 19), it is hereby **ORDERED** as follows:

1. The motion to dismiss or strike (Doc. No. 16) is **GRANTED**; and

2. The third-party complaint (Doc. No. 12) is **DISMISSED**.

**IT IS FURTHER ORDERED** as follows:

1. The motion to extend the case management deadlines filed by the third-party defendant on May 31, 2014 (Doc. No. 27), is **DENIED** as moot; and

2

2. The motion for a protective order and to strike untimely discovery requests filed by the third-party defendant on June 19, 2014 (Doc. No. 30), is **DENIED** as moot.

BY THE COURT:

*/s/ Edward G. Smith*
EDWARD G. SMITH, J.